IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re KENNETH GIBBS,　　　　　　　　　　No. C-13-1435 TEH (PR)

        Plaintiff,　　　　　　　　　ORDER ADMINISTRATIVELY CLOSING CASE
_____/

On April 1, 2013, Plaintiff Kenneth Gibbs, an inmate incarcerated at Pelican Bay State Prison submitted a letter to the Court which was opened by the Clerk of the Court as a new case. However, in the letter, Plaintiff refers to his previous civil rights case, <u>Gibbs v. Carson, et al.</u>, C 13-0860 TEH (PR), which was filed on February 26, 2013.  Because Plaintiff intended this letter to be filed in his previous case, this case shall be administratively closed and any documents filed in it shall be filed in the earlier filed case, number C 13-0860 TEH (PR).

Therefore, the Clerk of the Court shall terminate any pending motions and administratively close this case.

IT IS SO ORDERED.

DATED　　*04/10/2013*　　　　　　　　　/s/ Thelton E. Henderson
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\TEH\CR.13\Gibbs 13-1435 Adm Close.wpd